```
          IN THE UNITED STATES DISTRICT COURT

       FOR THE WESTERN DISTRICT OF WISCONSIN
_____

LARRY RADER,

                     Plaintiff,

     v.                                              ORDER
                                                 07-cv-709-jcs
JOHNSON & JOHNSON COMPANY, MCNEIL-PPC, INC.
TEVA PHARMACEUTICALS USA, INC. And TEVA
PHARMACEUTICAL INDUSTRIES, LIMITED,

                     Defendants.
_____
```

Plaintiff has filed a motion for relief and to strike defenses. Defendants shall respond to this motion not later than February 5, 20008 and plaintiff may reply not later than February 15, 2008.

SO ORDERED this 16th day of January, 2008.

BY THE COURT:

/s/
_____
JOHN C. SHABAZ
District Judge