IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

_____

LARRY RADER,

                    Plaintiff,

     v.                                    ORDER
                                        07-cv-709-jcs
JOHNSON & JOHNSON COMPANY, MCNEIL-PPC, INC.,
and TEVA PHARMACEUTICALS USA, INC.,

                    Defendants.

_____

     Plaintiff moves for default judgment against defendants Teva
USA and Teva, Ltd.  Teva Ltd was dismissed as a defendant by
stipulation on January 18, 2008.  Teva USA answered the complaint
on December 28, 2007.  Plaintiff's motion for default judgment will
be denied.

                            ORDER

     IT IS ORDERED that plaintiff's motion for default judgment is
DENIED.

     Entered this 24th day of January, 2008.

                              BY THE COURT:

                              /s/
                              _____
                              JOHN C. SHABAZ
                              District Judge