```
                IN THE UNITED STATES DISTRICT COURT

              FOR THE WESTERN DISTRICT OF WISCONSIN
_____

LARRY RADER,

            Plaintiff,
                                                        ORDER

    v.                                              07-cv-709-jcs

JOHNSON & JOHNSON COMPANY, MCNEIL-PPC, INC.,
and TEVA PHARMACEUTICALS USA, INC.,

            Defendants.
_____

    The undersigned recuses himself in the above entitled matter.

    Entered this 30th day of January, 2008.


                                    ___/s/_____
                                    JOHN C. SHABAZ
                                    District Judge
```